```
Label Matrix for local noticing          AT&T                                     BMO Harris Bank
0540-4                                   PO Box 630047                            111 W Monroe
Case 19-43230                            Dallas, TX 75263-0047                    Chicago, IL 60603-4095
Eastern District of Texas
Sherman
Mon Dec 30 10:51:38 CST 2019

Bank OZK                                 Blue Ridge Financial                     Chase Bank
17901 Chenal Parkway                     535 Washington Street                    PO Box 36520
Little Rock, AR 72223-5831               Ste. 201                                 Louisville, KY 40233-6520
                                         Buffalo, NY 14203-1430


City of Wylie                            Comptroller                              De lage Landen Financial
Linebarger Goggan Blair & Sampson, LLP   117 E. 17th Street                       P.O. Box 41602
c/o Laurie A. Spindler                   Austin, TX 78701                         Philadelphia, PA 19101-1602
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

ENGS                                     MHC Financial Services                   Reed TMS Logistics
2441 Warrenville Rd. Ste. 310            1010 Grand Street                        615 S Ware
Lisle, IL 60532-3642                     Kansas City, MO 64106-2202               Tampa, FL 33619-4444



Regus                                    Royal Transport Express, LLC             Simmons Bank
101 E Park, Ste. 600                     429 Royal Oak                            PO Box 7009
Plano, TX 75074-8818                     Murphy, TX 75094-4322                    Pine Bluff, AR 71611-7009



Sprint                                   TAB Bank                                 WEX Bank
P.O. Box 660075                          4185 Harrison Road, Ste. 200             7090 Union Park Center
Dallas, TX 75266-0075                    Ogden, UT 84403-6400                     Suite 350
                                                                                  Midvale, UT 84047-6023


Wylie ISD                                Plano - U. S. Bankruptcy Court           ACAR Leasing
c/o Perdue Brandon Fielder et al         Suite 300B                               P.O. Box 9000
1919 S Shiloh Rd, Ste 310, LB 40         660 North Central Expressway             Lutherville Timonium, MD 21094-9000
Garland, TX 75042-8234                   Plano, TX 75074-6795


ACAR Leasing LTD d/b/a                   ACAR Leasing LTD d/b/a GM Financial Leasing   BMO Harris Bank N.A.
GM Financial Leasing                     c/o Wilcox Law, PLLC                     3925 Fountains Blvd. NE, Ste. 105
P.O. Box 183853                          P.O. Box 201849                          Cedar Rapids, IA 52411-6620
Arlington, TX 76096-3853                 Arlington, TX 76006-1849


City of Wylie                            De Lage Landen Financial                 Internal Revenue Service
Linebarger, Goggan, Blair & Sampson, LLP Attn: J Paneghello                       P.O. Box 7346
2777 N. Stemmons Freeway Suite 1000      1111 Old Eagle School Road               Philadelphia, PA 19101-7346
Dallas, TX 75207-2328                    Wayne, PA 19087-1453


Simmons Bank                             Sunbelt Factors                          US Trustee
601 E. 3rd St., 7th Floor                2900 Browns Lane                         Office of the U.S. Trustee
Little Rock, AR 72201-1709               Jonesboro, AR 72401-7237                 110 N. College Ave.
                                                                                  Suite 300
                                                                                  Tyler, TX 75702-7231
```

| | | |
|---|---|---|
| VNH Solutions<br>612 Falls Wheat<br>Plano, TX 75094-5307 | Wylie ISD<br>Attn:  Linda D. Reece<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACAR Leasing LTD d/b/a GM Financial Leasin | (d)AT&T<br>PO Box 630047<br>Dallas, TX 75263-0047 | (u)Bahadur Dhesi |
| (d)Bank OZK<br>17901 Chenal PArkway<br>Little Rock, AR 72223-5831 | (d)Blue Ridge Financial<br>535 Washington Street<br>Suite 201<br>Buffalo, NY 14203-1430 | (d)Chase Bank<br>P.O Box 36520<br>Louisville, KY 40233-6520 |
| (d)Comptroller<br>117 E. 17th Street<br>Austin, TX 78701 | (d)De lage Landen Financial<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | (d)ENGS<br>2441 Warrenville Road<br>Suite 310<br>Lisle, IL 60532-3642 |
| (u)Harpreet Singh | (d)MHC Financial Services<br>1010 Grand Street<br>Kansas City, MO 64106-2202 | (u)Rajindar Verma |
| (d)Reed TMS Logistics<br>615 S Ware<br>Tampa, FL 33619-4444 | (d)Regus<br>101 E Park<br>Suite 600<br>Plano, TX 75074-8818 | (d)Simmons Bank<br>P.O. Box 7009<br>Pine Bluff, AR 71611-7009 |
| (d)Sprint<br>P.O. Box 660075<br>Dallas, TX 75266-0075 | (d)TAB Bank<br>4185 Harrison Road<br>Suite 200<br>Ogden, UT 84403-6400 | (d)WEX Bank<br>7090 Union Park Center<br>Suite 350<br>Midvale, UT 84047-6023 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients    18
Total                  50