## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re: Royal Transport Express, LLC** | § § § § | **Case No. 19-43230** **(Chapter 11)** |

### ORDER APPROVING ADEQUATE PROTECTION STIPULATION BETWEEN SECURED CREDITOR BMO HARRIS BANK N.A. AND DEBTOR

On this date, the Court considered the Agreed Motion between Secured Creditor, BMO Harris Bank N.A. Royal Transport Express, LLC Inc. to approve the stipulation for adequate protection with BMO Harris Bank N.A. No objections having been filed, after notice and opportunity for hearing were afforded, and it appearing the Stipulation is beneficial for the parties, the Motion is hereby GRANTED.

###

APPROVED AS TO FORM ONLY:

*/s/Ammar Dadabhoy*_____
Ammar Dadabhoy
SBN:24088812
Wong Fleming
77 Sugar Creek Center Blvd., Suite 401, Sugar Land, Texas 77478
T: 281-340-2074
F: 866-240-0629
adadabhoy@wongfleming.com
Attorney for BMO Harris Bank N.A.