IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re: Royal Transport Express, LLC    §    Case No. 19-43230
§    (Chapter 11)
§
§

**Affidavit of Micki Koepke**
**FOR BMO Harris Bank N.A.**

State of Iowa    §
County of Linn    §
§
§
§

"Affiant, being duly sworn, deposes and says that:

1. My name is Micki Koepke, I am over the age of eighteen, of sound mind, capable of making this affidavit, and am personally acquainted with the facts herein stated.
2. I am currently employed by BMO Harris Bank N.A. as a litigation specialist.
3. I am one of the custodian of the records of BMO Harris Bank N.A. As an employee of BMO Harris Bank N.A. I have custody of the business records of BMO Harris Bank N.A. including the documents attached to the Motion for Relief from Stay as Exhibit A, Exhibit B, and Exhibit C, which are true and correct copies of documents kept by BMO Harris Bank N.A. in the ordinary course of business.
4. Since filing this petition Movant is owed $162,622.11; and Movant has received $0.00 since the filling of the petition.

Further Affiant sayeth not."

_____
Affiant

Subscribed and sworn to me the undersigned authority of this 23 day of January, 2020.

My commission expires:
September 13, 2021

_____
Notary Public in and for the State of Iowa

DAWN L VAN DORSTON
Commission Number 812656
My Commission Expires
September 13, 2021

- 1 -