# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: Royal Transport Express, LLC | § § § § | Case No. 19-43230 (Chapter 11) |

## ORDER GRANTING BMO HARRIS N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING 2020 KENWORTH WITH VIN ENDING IN 2528 FILED BY BMO HARRIS BANK N.A

On _____, a Motion for relief from stay against the 2020 Kenworth with VIN ending in 2528 and Waiver of 30-day hearing requirement (the "Motion") was filed by BMO Harris Bank, N.A (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion for relief from stay against the following:

| Year | Manufacturer | Model | Description | Serial Number |
|---|---|---|---|---|
| 2020 | KENWORTH | T680-SERIES | T-680 SERIES T680 125" BBC CONV CAB SBA TRACTOR 6X4 | 1XKYD49X1LJ372528 |

filed by BMO Harris Bank N.A. on _____ is hereby GRANTED so as to authorize Creditor to take possession and foreclose upon the property described below, recover attorney's fees, and costs expended in this behalf.

IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

_____
Judge Presiding

APPROVED AS TO FORM ONLY

**WONG FLEMING**

By:  */s/ Ammar Dadabhoy/s/*
    Tariq A. Zafar
    Texas Bar No. 24038048
    Email:  tzafar@wongfleming.com
    Ammar Dadabhoy (*pro hac vice*)
    Texas Bar No. 24088812
    Email:  adadabhoy@wongfleming.com
    77 Sugar Creek Center Blvd., Suite 401
    Sugar Land, Texas 77478
    Tel. (281) 340-2074
    Fax. (866) 240-0629
    Attorneys for BMO Harris Bank N.A.