Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

Suite 300B  
660 North Central Expressway  
Plano, TX 75074

---

Bankruptcy Proceeding No.: 19–43230  
Chapter: 11  
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Royal Transport Express, LLC  
   429 Royal Oak  
   Murphy, TX 75094

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:  
   47–3906312

---

PLEASE TAKE NOTICE that a hearing will be held at

Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074

on 3/3/20 at 09:30 AM

to consider and act upon the following:

Final Hearing Set (RE: related document(s)28 Motion for Relief from Automatic Stay With Waiver of 30–Day Hearing Requirement As To 2020 Kenworth with VIN ending in 2528 Filed by BMO Harris Bank (Attachments: # 1 Affidavit # 2 creditor matrix # 3 exhibits # 4 Proposed Order) filed by Creditor BMO Harris Bank). Hearing scheduled for 3/3/2020 at 09:30 AM at Plano Bankruptcy Courtroom. (mb)

Dated: 2/11/20

                                          Jason K. McDonald  
                                          Clerk, U.S. Bankruptcy Court